UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA M. LUBAWAY,

    Plaintiff,

v.

                                        Case No. 1:20-cv-299

COMMISSIONER OF SOCIAL SECURITY,        HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 17, 2021, recommending that this Court vacate the Commissioner's decision and remand this matter for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS HEREBY ORDERED** that the Commissioner's decision is VACATED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered consistent with this Order.

Dated: April 1, 2021                                                /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge