UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA M. LUBAWAY,

    Plaintiff,

v.

    Case No. 1:20-cv-299

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: April 1, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge